

TAQUERIA AZTECA
303 EAST IRVING PARK ROA
WOOD DALE, IL 60191
630 616 9119

Cashier: MARICELLA PASILLAS

Transaction 001229

**Total** **$91.40**

CREDIT CARD AUTH $91.40
DISCOVER 9049

Tip ________

Total ________

Retain this copy for statement validation

02-Aug-2026 3:20:45P
$91.40 | Method: CONTACTLESS
Discover XXXXXXXXXXXX9049
DISCOVER CARDMEMBER
Reference ID: 621400521672
Auth ID: 00230Q
MID: ********4882
AID: A0000001523010
AthNtwkNm: DISCOVER
SIGNATURE

Clover ID: 9TY7PBEVA3D94
Payment EZ1RET01QWPN4

Clover Privacy Policy
https://clover.com/privacy