
RESTAURANT & BAR
AZTECA
AUTHENTIC MEXICAN FOOD
Tel 630 616 9119
301
POLLO ASADO AL CARBON
CON FRIJOLES, ARROZ Y TORTILLAS
Hollister
CALIFORNIA