## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Muniz v. Cerving LLC | Case Number: 1:26-CV-12455

An appearance is hereby filed by the undersigned as attorney for: Brian Muniz

Attorney name (type or print): Douglas S. Schapiro

Firm: The Schapiro Law Group, P.L.

Street address: 7284 W. Palmetto Park Rd., #101, PMB 93

City/State/Zip: Boca Raton, FL 33433

Bar ID Number: 54538FL
(See item 3 in instructions)

Telephone Number: 561-807-7388

Email Address: schapiro@schapirolawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☐ No |

If this is a criminal case, check your status.
- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you a
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 10, 2026

Attorney signature: /S/ Douglas S. Schapiro
(Use electronic signature if the appearance form is filed electronically.)